**AFFT**
Andrew Rockwell
4426 Via San Rafael
Las Vegas, NV. 89103
7023084367
Pro Se

~~DISTRICT COURT~~
United States District Court — AR
~~CLARK COUNTY, NEVADA~~

Hakkasan LV, LLC and

Hakkasan Limited
             Plaintiff(s),

-vs-

VIP, UNLTD, LLC and

Andrew Rockwell
             Defendant(s).

CASE NO.   2:13-cv-01999-JCM-NJK
DEPT. NO.  Dept. No.

## AFFIDAVIT IN SUPPORT OF ORDER EXTENDING TIME TO ANSWER

STATE OF   Nevada   )
                       ) ss:
COUNTY OF   Clark   )

☑ Defendant(s) ☐ Counsel for Defendant(s), being duly sworn, states that Defendant(s)   VIP UNLTD, LLC and ANDREW ROCKWELL   has been unable to serve and file an Answer within 20 days after the service of the Summons and Complaint on Defendant(s) as required by NRCP 12(a). Defendant(s) intends to defend this action and requests an Order granting an extension of time to file the Answer. Affiant states that good cause exists why an Answer has not been made, specifically: I did not recieve my copy of the filed cival action until Friday, January 17th. I request additional time to review the updated cival action, as the previous complaint had only six (6) complaints and the amended filing has eight (8), two of which we were

Afft_Supp_Extend_Answer.doc/8/12/2005

Therefore, Affiant requests the Court sign an Order extending time to answer or otherwise respond, extending the date to the <u>17th</u> day of <u>February</u>, 20<u>14</u>.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this <u>20th</u> day of <u>January</u>, 20<u>14</u>.

_____
Affiant

Afft_Supp_Extend_Answer.doc/8/12/2005