# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| HAKKASAN LV, LLC, et al., | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-01999-JCM-NJK |
| vs. | ) | ORDER |
| VIP, UNLTD, LLC, et al., | ) | (Docket No. 20) |
| Defendant(s). | ) | |

Pending before the Court is a motion to extend the time to respond to the amended complaint, filed by Defendant Andrew Rockwell. Docket No. 20. Mr. Rockwell appears to be proceeding in this matter *pro se*. *See id.*[1] For good cause shown, the Court hereby GRANTS the motion and ORDERS that Mr. Rockwell's responsive pleading shall be filed no later than February 17, 2014.

It appears that Mr. Rockwell also filed the motion to extend time on behalf of VIP UNLTD, LLC, as well. *See id.* Out of an abundance of caution, the Court hereby ORDERS that VIP UNLTD, LLC's responsive pleading shall be filed no later than February 17, 2014. In addition, the Court notes that corporations may appear in federal court <u>only through licensed counsel</u>. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). To that end, the Court further ORDERS that Defendant VIP UNLTD, LLC must retain counsel prior to February 17, 2014,

---

[1] Although not clear from the motion, it appears that Mr. Rockwell was served on January 17, 2014. *See id.* at 1.

and its responsive pleading shall be filed by licensed counsel.  The failure to comply with this order may result in sanctions, up to and including entry of default judgment.

        IT IS SO ORDERED.

        DATED: January 22, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge