# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Hakkasan LV, LLC, et al.,

Plaintiffs,

V.

VIP, UNLTD, LLC, et al.,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:13-cv-01999-JCM-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiffs Hakkasan LV LLC and Hakkasan Limited and against Defendant VIP, UNLTD, LLC on all counts of Plaintiffs' Complaint. Defendant ordered to pay Plaintiff Hakkasan LV, LLC $1,000 in nominal damages for corrective advertising, statutory damages of $100,000.00 resulting from Defendant's willful trademark infringement, statutory damages of $100,000.00 resulting from Defendant's willful cybersquatting, statutory damages of $500,000.00 resulting from Defendant's willful counterfeiting, $717,500.00 in actual damages as a result of Defendant's willful copyright infringement, and pay Plaintiffs' attorneys' fees and costs in the amount of $37,675.84.

June 13, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk