UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAKKASAN LV, LLC, et al., | Case No. 2:13-CV-1999 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| VIP, UNLTD, LLC, et al., | |
| Defendant(s). | |

Presently before the court is a motion for partial summary judgment filed by Hakkasan LV, LLC and Hakkasan Limited (hereinafter "plaintiffs"). (Doc. # 34). To date, defendant Andrew Rockwell (hereinafter "defendant") has not responded.

Plaintiffs seek partial summary judgment on the issue that Andrew Rockwell is personally liable for the judgment entered against VIP, UNLTD, LLC, on the grounds that the company is a sole proprietorship and not a limited liability company. (Doc. # 34).

IT IS HEREBY ORDERED that defendant Andrew Rockwell shall show cause as to why plaintiffs' motion for partial summary judgment should not be granted. Defendant shall file any documentation in opposition to plaintiffs' motion within one week from the date of this order.

DATED October 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**