LAURI S. THOMPSON
Nevada Bar No. 6846
LARAINE BURRELL
Nevada Bar No. 8771
SHAUNA L. NORTON
Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
thompsonl@gtlaw.com;
burrelll@gtlaw.com
nortons@gtlaw.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, a Nevada limited liability company, HAKKASAN LIMITED, a foreign private limited company,<br><br>Plaintiffs,<br><br>v.<br><br>VIP, UNLTD, LLC, a Nevada limited liability company, ANDREW ROCKWELL, an individual,<br><br>Defendants. | Case No.: 2:13-cv-01999-JCM-NJK<br><br>**FINAL JUDGMENT** |

Pursuant to this court's Order granting the motion for partial summary judgment [Docket No. 34] as to the issue that Andrew Rockwell ("Rockwell") is personally liable for the judgment entered against VIP Unltd., LLC and motion for summary judgment as to each of plaintiffs' claims against Rockwell, individually, brought by plaintiffs Hakkasan LV, LLC and Hakkasan Limited ("plaintiffs"),

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Andrew Rockwell has been found personally liable for the judgment against VIP Unltd., LLC and therefore, final judgment is hereby entered in favor of plaintiffs and against Rockwell in the amount of $1,000.00 in nominal damages for corrective advertising, statutory damages of $100,000.00 resulting from willful

1 trademark infringement, statutory damages of $100,000.00 resulting from willful cybersquatting, statutory damages of $500,000.00 resulting from willful counterfeiting, $717,500.00 in actual damages as a result of willful copyright infringement, and attorneys' fees and costs in the amount of $37,675.84. This amount shall accrue interest at the statutory rate until paid in full.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that as to the claims against Rockwell individually, final judgment is hereby entered against Rockwell, jointly and severally, for the same amounts set forth above.

**IT IS SO ORDERED.**

DATED February 25, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:
GREENBERG TRAURIG, LLP

/s/ Laraine Burrell
Lauri S. Thompson (Nevada Bar No. 6846)
Laraine Burrell (Nevada Bar No. 8771)
Shauna L. Norton (Nevada Bar No. 11320)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Plaintiffs*