**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HAKKASAN LV, LLC, et al., <br> Plaintiff(s), <br> vs. <br> VIP, UNLTD, LLC, et al., <br> Defendant(s). | Case No. 2:13-cv-01999-JCM-NJK <br> **ORDER** <br> (Docket No. 67) |

Pending before the Court is Plaintiffs' motion to expedite the briefing on their motion for judgment debtor examination, and motion for an order prohibiting the judgment debtor from transferring, selling or disposing of non-exempt assets. Docket No. 67. That motion is hereby **GRANTED**. A response to the motion for judgment debtor examination shall be filed no later than March 23, 2015. A reply shall be filed no later than March 30, 2015.

**IT IS FURTHER ORDERED** that Defendant Rockwell is forbidden from transferring, selling or disposing of any assets that are not exempt from execution while the Plaintiffs' motion for judgment debtor examination is pending.

IT IS SO ORDERED.

Dated: March 16, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE