# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HAKKASAN LV, LLC, et al.,

    Plaintiff(s),

vs.

VIP, UNLTD, LLC, et al.,

    Defendant(s).

Case No. 2:13-cv-01999-JCM-NJK

**ORDER**

(Docket No. 66)

Pending before the Court is Plaintiffs' motion for judgment debtor examination. Docket No. 66. In particular, Plaintiffs seek an order setting a judgment debtor examination of Andrew Rockwell, as well as an order requiring production of documents. *Id.* The Court ordered that any response must be filed no later than March 23, 2015. *See* Docket No. 68. Mr. Rockwell did not file a response in opposition, which the Court construes as consent to the granting of the motion. *See* Local Rule 7-2(d). Accordingly, Plaintiffs' motion is hereby **GRANTED** as outlined below.

With respect to the judgment debtor examination itself, Plaintiffs are hereby **ORDERED** to submit a proposed order with a specific date, time and location for the judgment debtor examination to be conducted.

With respect to the request for documents, Plaintiffs are hereby **ORDERED** to serve the requests for documents on Mr. Rockwell. *See* Docket No. 51 at 1-2.

//

//

**IT IS FURTHER ORDERED** that Mr. Rockwell is forbidden from transferring, selling, concealing or disposing of any assets that are not exempt from execution.

IT IS SO ORDERED.

Dated: March 31, 2015

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE