LAURI S. THOMPSON
Nevada Bar No. 6846
PETER H. AJEMIAN, ESQ.
Nevada Bar No. 9491
SHAUNA L. NORTON
Nevada Bar No. 11320
GREENBERG TAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
thompsonl@gtlaw.com;
ajemianp@gtlaw.com
nortons@gtlaw.com

*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, a Nevada limited liability company, HAKKASAN LIMITED, a foreign private limited company,<br><br>Plaintiffs,<br><br>v.<br><br>VIP, UNLTD, LLC, a Nevada limited liability company; ANDREW ROCKWELL, an individual,<br><br>Defendants. | Case No.: 2:13-cv-1999-JCM-NJK<br><br>[PROPOSED] ORDER SETTING EXAMINATION OF JUDGMENT DEBTOR ANDREW ROCKWELL |

TO: ANDREW ROCKWELL

WHEREAS, on March 31, 2015, this Court granted Plaintiffs Hakkasan LV, LLC and Hakkasan Limited ("Plaintiffs") Motion for Examination of Judgment Debtor Andrew Rockwell ("Rockwell" or "Judgment Debtor"), individually and as the person most knowledgeable for VIP Unltd, LLC [Doc. No. 70], and with good cause appearing therefor:

**IT IS HEREBY ORDERED** that Judgment Debtor, ANDREW ROCKWELL, shall appear at the law offices of Greenberg Traurig, LLP, 3773 Howard Hughes Parkway, Suite 400 North, Las Vegas, Nevada 89169 on **Tuesday, May 12, 2015, at 10:00 a.m.** to testify concerning his property

1  and the property owned by his business VIP Unltd, LLC, pursuant to N.R.S. §21.270.

2  **IT IS FURTHER ORDERED** that Judgment Debtor, ANDREW ROCKWELL, is forbidden in the meantime from disposing of, transferring or concealing any property not exempt from execution.

**IT IS FURTHER ORDERED** that Judgment Debtor's failure to appear at the time and place stated above may subject him to punishment for contempt of court and result in a bench warrant issued for his arrest.

DATED April 2, 2015

_____
UNITED STATES Magistrate Judge

Submitted by:

**GREENBERG TRAURIG, LLP**

/s/ SHAUNA L. NORTON
LAURI S. THOMPSON (Nevada Bar No. 6846)
PETER H. AJEMIAN (Nevada Bar No. 9491)
SHAUNA L. NORTON (Nevada Bar No. 11320)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiffs*

LV 420417251v1